IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02843-PAB

EDWIN F. MENENDEZ OLIVEROS,

Petitioner,

v.

WARDEN, Denver Contract Detention Facility,

Respondent.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 12] of Judge Philip A. Brimmer entered on July 22, 2026, it is

ORDERED that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Docket No. 4] is GRANTED in part. It is further

ORDERED that the case is closed.

Dated at Denver, Colorado this 31st day of July, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
Deputy Clerk